United States District Court for the Eastern District of Pennsylvania

Leon Weingrad, individually and on behalf of all others similarly situated

CASE NO. 2:25-cv-01843-MMB

**AFFIDAVIT OF SERVICE**

vs.

**Exact Care Pharmacy, LLC**

_____/

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **2:10 PM** on **04/14/2025**, I served **Exact Care Pharmacy, LLC** at **URS Agents, LLC, 125 Locust Street, Harrisburg, PA 17101** in the manner described below:

☐ Subject personally served.

☐ Adult family member with whom said Subject resides.
  Relationship is _____.

☐ Adult in charge of Subject's residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Subject resides.

☐ Agent or person in charge of Subject's office or usual place of business.

☑ **Fred Scharf**, who is the **Authorized Representative** of said entity.

☐ Other:

a true and correct copy of **Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial; Civil Cover Sheet; Designation Form; Notice of procedure to Consent to Reference of Civil Action or Proceeding to a Randomly Assigned Magistrate Judge; Consent and Reference of a Civil Action to a Randomly Assigned Magistrate Judge** issued in the above captioned matter.

Description:
Sex: **Male** Skin: **White** Age: **50** Hair: **Bald** Height: **5ft 10in** Weight: **180 lbs**

Sworn to and subscribed before me this
17th day of April, 2025.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2025
Commission number 1248992

X_____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: -  Our File#: **89225**

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

