**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, | ) CASE NO. 2:25-CV-1843-MMB |
| | ) |
| Plaintiff, | ) JUDGE MICHAEL M. BAYLSON |
| | ) |
| v. | ) |
| | ) |
| EXACT CARE PHARMACY, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER GRANTING UNCONTESTED MOTION FOR A 30-DAY EXTENSION TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Upon consideration of Defendant Exact Care Pharmacy, LLC's ("Exact Care") Uncontested Motion for a 30-Day Extension to Answer, Move, or Otherwise Plead to Plaintiff's Complaint ("Motion") and for good cause shown, Exact Care's Motion is **GRANTED**. It is hereby **ORDERED** that Exact Care shall have up to and including June 4, 2025, to answer, move, or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Entered _____, 2025.

_____
JUDGE MICHAEL M. BAYLSON