**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, | ) CASE NO. 2:25-CV-1843-MMB |
| Plaintiff, | ) JUDGE MICHAEL M. BAYLSON |
| v. | ) |
| EXACT CARE PHARMACY, LLC, | ) |
| Defendant. | ) |

**DEFENDANT EXACT CARE PHARMACY, LLC'S DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Exact Care Pharmacy, LLC, a nongovernmental corporate party, makes the following disclosure: Exact Care Pharmacy, LLC's parent company is not a corporation and no publicly held corporation owns 10% or more of its stock. The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement if any required information changes.

1

Respectfully submitted,

*/s/ Sean P. Fahey*

Sean P. Fahey (PA 73305)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
Sean.Fahey@troutman.com

Colleen M. O'Neil (OH 0066576)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
coneil@calfee.com
*Pro hac vice request forthcoming*

Gretchen L. Whaling (OH 0096780)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 621-1500 (Phone)
(614) 621-0010 (Fax)
gwhaling@calfee.com
*Pro hac vice request forthcoming*

*Attorneys for Defendant*
*Exact Care Pharmacy, LLC*

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been filed electronically on May 5, 2025, with the United States District Court for the Eastern District of Pennsylvania. Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all parties may access this filing through that system.

      */s/ Sean P. Fahey*
      Sean P. Fahey

      *Attorney for Defendant*
      *Exact Care Pharmacy, LLC*