# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, | ) CASE NO. 2:25-CV-1843-MMB |
| Plaintiff, | ) JUDGE MICHAEL M. BAYLSON |
| v. | ) |
| EXACT CARE PHARMACY, LLC, | ) |
| Defendant. | ) |

### ORDER GRANTING UNCONTESTED MOTION FOR A 30-DAY EXTENSION TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Upon consideration of Defendant Exact Care Pharmacy, LLC's ("Exact Care") Uncontested Motion for a 30-Day Extension to Answer, Move, or Otherwise Plead to Plaintiff's Complaint ("Motion") and for good cause shown, Exact Care's Motion is **GRANTED**. It is hereby **ORDERED** that Exact Care shall have up to and including June 4, 2025, to answer, move, or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Entered  May 2 , 2025.

*Michael M. Baylson*
JUDGE MICHAEL M. BAYLSON

1