IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similar situated<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC** | CIVIL ACTION<br><br>NO. 25-1843 |

## SCHEDULING ORDER

**AND NOW**, this 5th day of June, 2025, pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Discovery deadline:   October 6, 2025.

2. Exchange of expert reports pursuant to Rule 26(a)(2).

   Plaintiff:      August 25, 2025.

   Defendant:   September 22, 2025.

3. This case is REFERRED to U.S. Magistrate Judge Caroline A. Cinquanto for settlement purposes. Judge Cinquanto's Chambers will contact counsel as to whether settlement discussions have taken place and to schedule a settlement conference. If you do not hear from her Chambers, please reach out to them within two weeks at 267-299-7750.

4. Deadline for dispositive motions:   November 6, 2025.

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

   Plaintiff:      November 13, 2025.

   Defendant:   November 20, 2025.

6. Date for trial or entry into trial pool:   December 18, 2025.

   The parties shall follow Judge Baylson's pretrial and trial procedures.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, U.S.D.J.