IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, *individually and on behalf of others similarly situated,* | : | CIVIL ACTION |
| Plaintiff, | : | NO. 25-1843 |
| v. | : | |
| EXACT CARE PHARMACY, LLC, | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this 5th day of June, 2025, IT IS HEREBY ORDERED that a TELEPHONIC status conference is scheduled before the undersigned on MONDAY, JUNE 9, 2025 at 10:00 A.M.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call. Counsel for Plaintiff is directed to initiate the call. Chambers can be contacted at 267-299-7750.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE