IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad | : | Case Number: __2:25-cv-1843___ |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| Exact Care Pharmacy, LLC | : | |
| *Defendant* | | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add ___Gretchen L. Whaling_, Esquire as counsel for _Defendant Exact Care Pharmacy, LLC_. _Gretchen L. Whaling_ is DIRECTED to request ECF filing access using their PACER Account[1.]

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number_2:25-cv-01843_

**MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, MOVANT'S STATEMENT

I, ____Gretchen L. Whaling____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent _Defendant Exact Care Pharmacy, LLC___. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| ____Ohio_____ | __Nov. 13, 2017____ | ___0096780_____ |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| Southern District of Ohio | March 25, 2019 | _____ |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| Northern District of Ohio | February 3, 2021 | _____ |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the Sixth Circuit | December 12, 2019 | _____ |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for__Defendant Exact Care Pharmacy, LLC_____

Name of Attorney:__Gretchen L. Whaling_____

Firm Address: Calfee, Halter & Griswold, LLP, 1200 Huntington Center, 41 South High Street, Columbus, Ohio 43215____

Telephone Number: __614-621-1500_____

Email Address:___gwhaling@calfee.com_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/5/2025_____         ___[signature]_____
             (Date)                    (Movant's signature)

## II. SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Gretchen L. Whaling_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| ___Sean P. Fahey_____ | *[signature: Sean P Fahey]* | 8/21/1996 | 73305 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

___Troutman Pepper Locke_____
___3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103_____
___215-981-4296_____

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __6/6/2025_____      *[signature: Sean P Fahey]*
    *(Date)*                       *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad | : | Case Number: _2:25-cv-1843____ |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| Exact Care Pharmacy, LLC | : | |
| *Defendant* | | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Gretchen L. Whaling_____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on all counsel by email by operation of the Court's electronic filing system, and all parties may access this filing through that system.

*/s/ Sean P. Fahey*
_____
(Signature of Attorney)

__Sean P. Fahey_____
(Name of Attorney)

_Counsel for Defendant Exact Care Pharmacy, LLC_
(Name of Moving Party)

6/6/2025
_____
(Date)