IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad | : | Case Number: 2:25-cv-01843 |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| Exact Care Pharmacy, LLC | : | |
| *Defendant* | | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.  The Clerk is DIRECTED to add __Colleen M. O'Neil__, Esquire as counsel for _Defendant, Exact Care Pharmacy, LLC_.  _Colleen M. O'Neil_ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:25-cv-01843

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, Colleen M. O'Neil the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Exact Care Pharmacy, LLC. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| Ohio | 11/12/1996 | 0066576 |
|  |  |  |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| Northern District - OH | 12/1996 |  |
| Southern District - OH | 1/2012 |  |
| 6th Circuit Appeals | 12/2003 |  |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for  Defendant, Exact Care Pharmacy, LLC

Name of Attorney:  Colleen M. O'Neil

Firm Address:  Calfee, Halter & Griswold, LLP, 1405 East Sixth Street, Cleveland, OH 44114

Telephone Number:  216-622-8530

Email Address:  coneil@calfee.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/6/2025
(Date)                                    (Movant's signature)

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Colleen M. O'Neil_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Sean P. Fahey | *Sean P. Fahey* (signature) | 8/21/1996 | 73305 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Troutman Pepper Locke LLP

3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103

216-981-4296

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __6/6/2025__      *Sean P. Fahey*
     (Date)                                        (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad | : | Case Number: 2:25-cv-01843 |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| Exact Care Pharmacy, LLC | : | |
| *Defendant* | | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of   Colleen M. O'Neil  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

*Sean P Fahey*
_____
(Signature of Attorney)

  Sean P. Fahey  
_____
(Name of Attorney)

Counsel for Exact Care Pharmacy, LLC
_____
(Name of Moving Party)

6/6/2025
_____
(Date)