## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, | ) |
| | ) CASE NO. 2:25-CV-1843-MMB |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE MICHAEL M. BAYLSON |
| | ) |
| EXACT CARE PHARMACY, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ENTRY OF APPEARANCE**

Please take notice that the undersigned, Christopher M. Brolley of Troutman Pepper Locke, LLP, hereby enters his appearance as counsel on behalf of Defendant Exact Care Pharmacy, LLC, in the above-captioned action.

Dated: June 6, 2025                                   Respectfully submitted,

*/s/ Christopher M. Brolley*
Christopher M. Brolley (PA 322851)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
christopher.brolley@troutman.com

*Counsel for Defendant*
*Exact Care Pharmacy, LLC*

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing has been filed electronically on June 6, 2025, with the United States District Court for the Eastern District of Pennsylvania. Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all parties may access this filing through that system.

               */s/ Christopher M. Brolley*
               Christopher M. Brolley

               *Counsel for Defendant*
               *Exact Care Pharmacy, LLC*