IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Leon Weingrad : Case Number: __2:25-cv-1843___
    *Plaintiff* :
:
v. :
:
Exact Care Pharmacy, LLC :
    *Defendant*

ORDER

AND NOW, this __6th__ day of __June__ 20$^{25}$, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[✓] GRANTED. The Clerk is DIRECTED to add ___Gretchen L. Whaling_, Esquire as counsel for _Defendant Exact Care Pharmacy, LLC_. _Gretchen L. Whaling_ is DIRECTED to request ECF filing access using their PACER Account[1.]

[ ] DENIED.

*Michael M. Baylson*
_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).