IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad | : | Case Number: 2:25-cv-01843 |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| Exact Care Pharmacy, LLC | : | |
| *Defendant* | | |

ORDER

AND NOW, this __6th__ day of __June__ 20__25__, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add __Colleen M. O'Neil__, Esquire as counsel for __Defendant, Exact Care Pharmacy, LLC__. __Colleen M. O'Neil__ is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

*Michael M. Baylson*
_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).