**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, | ) CASE NO. 2:25-CV-1843-MMB |
| Plaintiff, | ) JUDGE MICHAEL M. BAYLSON |
| v. | ) |
| EXACT CARE PHARMACY, LLC, | ) |
| Defendant. | ) |

**DEFENDANT EXACT CARE PHARMACY, LLC'S
MOTION TO BIFURCATE DISCOVERY**

Defendant Exact Care Pharmacy, LLC ("Exact Care") respectfully moves this Court for an order bifurcating discovery. Specifically, Exact Care requests that discovery on the threshold issue of Plaintiff Leon Weingrad's individual Telephone Consumer Protection Act ("TCPA") claims occur first before any class discovery as such bifurcation is warranted based on the specific facts of Plaintiff's claims and, moreover, serves the interests of judicial economy. The reasons in support of this Motion are more fully set forth in the accompanying Brief in Support. Counsel for Exact Care conferred with Plaintiff's counsel regarding Exact Care's request to bifurcate discovery and Plaintiff's counsel stated that Plaintiff will oppose Exact Care's request.

Respectfully submitted,

*/s/ Sean P. Fahey*
Sean P. Fahey (PA 73305)
Christopher M. Brolley (PA 322851)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
Sean.Fahey@troutman.com
christopher.brolley@troutman.com

Colleen M. O'Neil (OH 0066576)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
coneil@calfee.com
*Admitted pro hac vice*

Gretchen L. Whaling (OH 0096780)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 621-1500 (Phone)
(614) 621-0010 (Fax)
gwhaling@calfee.com
*Admitted pro hac vice*

*Attorneys for Defendant, Exact Care Pharmacy, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically on June 17, 2025, with the United States District Court for the Eastern District of Pennsylvania. Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all parties may access this filing through that system.

*/s/ Sean P. Fahey*
Sean P. Fahey

*Counsel for Defendant*
*Exact Care Pharmacy, LLC*
