**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, | ) | CASE NO. 2:25-CV-1843-MMB |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL M. BAYLSON |
| | ) | |
| v. | ) | |
| | ) | |
| EXACT CARE PHARMACY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT EXACT CARE PHARMACY, LLC'S**
**MOTION TO BIFURCATE DISCOVERY**

Upon consideration of Defendant, Exact Care Pharmacy, LLC's ("Exact Care") Motion to Bifurcate Discovery ("Motion") and for good cause shown, Exact Care's Motion is **GRANTED**. The Court finds that it serves the interests of judicial and party efficiency and economy to bifurcate discovery and conduct initial, limited discovery on threshold issues unique to Plaintiff's individual Telephone Consumer Protection Act ("TCPA") claims before engaging in any class-wide discovery. Therefore, the Court hereby amends its June 5, 2025 Scheduling Order (Doc. 9) as follows:

1. Discovery deadline on Plaintiff's individual TCPA claims:   October 6, 2025

2. Deadline for dispositive motions on Plaintiff's individual TCPA claims: November 6, 2025

The additional deadlines set forth in the June 5, 2025 Scheduling Order (expert reports, pretrial memoranda, trial exhibits, and trial) are stayed and will be rescheduled, if necessary, after the Court's ruling on dispositive motions related to Plaintiff's individual TCPA claims. The settlement conference scheduled in this case before the Honorable Caroline Goldner Cinquanto, United States Magistrate Judge, shall continue to take place as scheduled on August 8, 2025 and all related settlement conference deadlines set forth in the June 9, 2025 Settlement Conference Order shall remain in place.

1

2

IT IS SO ORDERED.

Entered_____, 2025.

_____

JUDGE MICHAEL M. BAYLSON

2