# EXHIBIT A



| Jornaya ID | URL | IP address | Date of Jornaya |
|---|---|---|---|
| ▮▮▮▮▮4e300 | www.unitedstatesinsurance.com | ▮▮▮3.160 | 12-Dec-24 |

| FIRST NAME | LASAT NAME | PHONE | ST. ADDRESS | CITY | STATE | ZIP | DOB | CALL DATE | CALL VERTICAL |
|---|---|---|---|---|---|---|---|---|---|
| JOSEPH | ARNOLD | ▮▮6495▮ | ▮▮▮▮▮ | Salem | OR | 97302 | ▮▮▮ | 27/02/2025 | Pharmacy Medication Delivery |