# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, | ) CASE NO. 2:25-CV-1843-MMB |
|   Plaintiff, | ) JUDGE MICHAEL M. BAYLSON |
| v. | ) |
| EXACT CARE PHARMACY, LLC, | ) |
|   Defendant. | ) |

## ORDER GRANTING DEFENDANT EXACT CARE PHARMACY, LLC'S MOTION TO FILE CERTAIN MATERIALS UNDER SEAL

**AND NOW**, this 18th day of June, 2025, upon consideration of Defendant Exact Care Pharmacy's Motion to File Certain Materials Under Seal (Doc. No. 20) it is hereby **ORDERED** that the Motion is **GRANTED**. Exhibits B through F to the Declaration of Todd Donnelly filed in connection with Defendant Exact Care Pharmacy, LLC's Motion to Bifurcate Discovery shall be filed **UNDER SEAL**.

IT IS SO ORDERED.

Entered June 18, 2025.

/s/ Michael M. Baylson
JUDGE MICHAEL M. BAYLSON