IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC**<br><br>*Defendant.* | Case No.<br>2:25-cv-1843 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, Leon Weingrad, with the consent of Defendant Exact Care Pharmacy, LLC respectfully requests that he receive an extension of time to July 8, 2025 in order to oppose Defendant's Motion to Bifurcate Discovery (ECF No. 19). This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations. Furthermore, Defendant Exact Care respectfully requests that a reply to the response be due July 22, 2025, which Plaintiff does not oppose.

RESPECTFULLY SUBMITTED AND DATED this June 18, 2025.

<u>*/s/ Andrew Roman Perrong*</u>
Andrew Roman Perrong, Esq.
E.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this June 18, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.