IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC**<br><br>*Defendant.* | Case No.<br>2:25-cv-1843 |

**ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME**

AND NOW, this  26th  day of June           , 202 5 , upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to oppose the Defendant's Motion, it is ORDERED that the motion is GRANTED. Plaintiff shall have until July 8, 2025 in order to oppose Defendant's Motion to Bifurcate (ECF No. 19). Defendant shall have until July 22, 2025, to file a reply brief in support.

/s/ Michael M. Baylson

J.