IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | Civil Action |
| | : | |
| v. | : | 2:25-cv-1843 |
| EXACT CARE PHARMACY, LLC | : | |

ORDER

AND NOW this __30th__ day of __June__, 2025 it is hereby

ORDERED that the application of __Anthony Paronich__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.[1]

☐ DENIED.

*Michael M. Baylson*
_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.