

# FORENSIC REPORT

**Authenticity, enhancement, and interpretation**

| **2-27-2025 ConversionFinder Call 4599287478.mp3** |
| **2-27-2025 Health Care Benefits Outbound Call.mp3** |
| **2-27-2025_1254 PM_CF Transfer to ECP.mp3** |

JULY 7, 2025
IGI DIGITAL MEDIA FORENSIC RESEARCH LAB
F-6/4, ISB, 44000, PK

## Contents

OVERVIEW .................................................................................................................................. 2

OBJECTIVES ............................................................................................................................... 3

METHODOLOGY ......................................................................................................................... 4

AUDIO FORENSICS ANLAYSIS ..................................................................................................... 5

  Container-based Analysis ....................................................................................................... 5

    Time stamps ...................................................................................................................... 5

    RAW Header (2-27-2025 ConversionFinder Call 4599287478) ...................................... 6

    Hash (SHA1) ....................................................................................................................... 7

    Hex File 1 ........................................................................................................................... 7

    RAW Header (2-27-2025 Health Care Benefits Outbound Call) ...................................... 7

    Hash (SHA1) ....................................................................................................................... 7

    HEX File 2 ........................................................................................................................... 7

    RAW Header (2-27-2025_1254 PM_CF Transfer to ECP) ................................................ 7

    Hash (SHA1) ....................................................................................................................... 7

    HEX File 2 ........................................................................................................................... 7

  Content –based Analysis ........................................................................................................ 8

    Statistical Data (2-27-2025 ConversionFinder Call 4599287478) ................................... 8

    Statistical Data (2-27-2025 ConversionFinder Call 4599287478) ................................... 8

    Statistical Data (2-27-2025_1254 PM_CF Transfer to ECP) ............................................ 8

    Frequency and histogram (2-27-2025 ConversionFinder Call 4599287478)................................. 9

    Frequency and histogram (2-27-2025 Health Care Benefits Outbound Call) ............................... 9

    Frequency and histogram (2-27-2025_1254 PM_CF Transfer to ECP) ........................................ 10

    ENF Data .......................................................................................................................... 10

    Audio Enhancements ...................................................................................................... 11

    Possible Edits................................................................................................................... 12

Conclusion .............................................................................................................................. 14

  Conclusion: Evidence of Audio Manipulation in Submitted Recordings .................................... 14

  1. Metadata and Encoding Discrepancies ................................................................................. 14

  2. Acoustic and Structural Irregularities .................................................................................. 14

  3. Content and Delivery Inconsistencies .................................................................................. 15

  Expert Opinion ..................................................................................................................... 15

# OVERVIEW

Basic overviews of the files are given below:

| 2-27-2025 ConversionFinder Call 4599287478.mp3 ||
| --- | --- |
| Attribute | Value |
| File Name | 2-27-2025 ConversionFinder Call 4599287478.mp3 |
| File Size | 1828 kB |
| File Modification Date/Time | 2025:05:16 04:58:22+05:00 |
| File Access Date/Time | 2025:07:06 23:42:15+05:00 |
| File Creation Date/Time | 2025:07:06 23:41:08+05:00 |
| File Permissions | -rw-rw-rw- |
| File Type | MP3 |
| File Type Extension | mp3 |
| MIME Type | audio/mpeg |
| MPEG Audio Version | 2 |
| Audio Layer | 3 |
| Audio Bitrate | 24 kbps |
| Sample Rate | 22050 |
| Channel Mode | Single Channel |
| MS Stereo | Off |
| Intensity Stereo | Off |
| Copyright Flag | False |
| Original Media | True |
| Emphasis | None |
| ID3 Size | 312 |
| Encoder Settings | LAME 64bits version 3.100 (http://lame.sf.net) |
| Tit | Feb 27, 2025 12:44 PM |

| 2-27-2025 Health Care Benefits Outbound Call.mp3 ||
| --- | --- |
| Attribute | Value |
| File Name | 2-27-2025 Health Care Benefits Outbound Call.mp3 |
| File Size | 5.0 MB |
| File Modification Date/Time | 2025:05:20 23:44:04+05:00 |
| File Access Date/Time | 2025:07:06 23:42:15+05:00 |
| File Creation Date/Time | 2025:07:06 23:41:08+05:00 |
| File Permissions | -rw-rw-rw- |
| File Type | Mp3 |
| File Type Extension | Mp3 |
| MIME Type | Audio/mpeg |
| MPEG Audio Version | 1 |
| Audio Layer | 3 |
| Audio Bitrate | 128 kbps |
| Sample Rate | 44100 |
| Channel Mode | Stereo |
| MS Stereo | Off |
| Intensity Stereo | Off |
| Copyright Flag | False |
| Original Media | False |
| Emphasis | None |



| ID3 Size | 138 |
|---|---|
| Major Brand | Mp42 |
| Minor Version | 0 |
| Compatible Brands | Isomp42 |
| Encoder Settings | Lavf60.16.100 |
| Duration | 0:05:10 |

| 2-27-2025_1254 PM_CF Transfer to ECP | |
|---|---|
| Attribute | Value |
| File Name | 2-27-2025_1254 PM_CF Transfer to ECP |
| File Size | 359 kB |
| File Modification Date/Time | 2025:05:05 20:21:00+05:00 |
| File Access Date/Time | 2025:07:06 23:42:15+05:00 |
| File Creation Date/Time | 2025:07:06 23:41:08+05:00 |
| File Permissions | -rw-rw-rw- |
| File Type | Mp3 |
| File Type Extension | Mp3 |
| MIME Type | Audio/mpeg |
| MPEG Audio Version | 2.5 |
| Audio Layer | 3 |
| Audio Bitrate | 17.3 kbps |
| Sample Rate | 8000 |
| Channel Mode | Single Channel |
| MS Stereo | Off |
| Intensity Stereo | Off |
| Copyright Flag | False |
| Original Media | False |
| Emphasis | None |
| VBR Frames | 2307 |
| VBR Bytes | 358632 |
| VBR Scale | 0 |
| ID3 Size | 44 |
| Audio Bitrate | 17.3 Kbps |
| Duration | 0:02:46 |

## OBJECTIVES

The primary objective of this study is to determine whether or not the file has been tampered.

The following objectives have been outlined in this report:

1. **To investigate if there are alterations in the recording.**
2. **To time-stamp signs of alterations if any.**
3. **To authenticate the audio file forensically.**
4. **To authenticate characters of speech production.**

## METHODOLOGY

This report follows a strict scientific method to conduct forensic analysis of the given file. Given below is the flow chart diagram of the processes involved.  Since most of the investigation is focused on Audio of the case, a separate methodology to extract data has been implemented.



## AUDIO FORENSICS ANLAYSIS

As part of the methodology adopted for forensic analysis of Audio files, container-based analysis includes visual and statistical data related to the audio medium.

### Container-based Analysis

Given below are different premises used for analyzing the data.

### Time stamps

*Figure 1 - 2-27-2025 ConversionFinder Call 4599287478*





*Figure 1 - 2-27-2025 Health Care Benefits Outbound Call*





*Figure 2 - 2-27-2025_1254 PM_CF Transfer to ECP*



RAW Header **(2-27-2025 ConversionFinder Call 4599287478)**

```
49 44 33 03 00 00 00 00 01 2E 54 53 53 45 00 00 00 2F 00 00 00 4C 41 4D 45 20 36 34 62 69 6E 74 73
20 76 65 72 73 69 6F 6E 20 33 2E 31 30 30 20 28 68 74 74 70 3A 2F 2F 6C 61 6D 65 2E 73 66 2E 6E
65 74 29 54 49 54 32 00 00 00 2D 00 00 01 FF FE 46 00 65 00 62 00 20 00 32 00 37 00 2C 00 20 00
32 00 30 00 32 00 35 00 20 00 31 00 32 00 3A 00 34 00 34 00 20 00 50 00 4D 00 54 50 45 31 00 00
```



**Hash (SHA1)**

cac2ff3ee70dd077468520cea8f65dea9e70cc2a

**Hex File 1**



2-27-2025
ConversionFinder Call

**RAW Header (2-27-2025 Health Care Benefits Outbound Call)**

49 44 33 04 00 00 00 00 01 00 54 58 58 58 00 00 00 12 00 00 03 6D 61 6A 6F 72 5F 62 72 61 6E 64
00 6D 70 34 32 00 54 58 58 58 00 00 00 11 00 00 03 6D 69 6E 6F 72 5F 76 65 72 73 69 6F 6E 00 30
00 54 58 58 58 00 00 00 1C 00 00 03 63 6F 6D 70 61 74 69 62 6C 65 5F 62 72 61 6E 64 73 00 69 73
6F 6D 6D 70 34 32 00 54 53 53 45 00 00 00 0F 00 00 03 4C 61 76 66 36 30 2E 31 36 2E 31 30 30 00

**Hash (SHA1)**

ec281b60f83e9c82570f7c0e1094adef526243ea

**HEX File 2**



2-27-2025 Health
Care Benefits Outbou

**RAW Header (2-27-2025_1254 PM_CF Transfer to ECP)**

49 44 33 04 00 00 00 00 00 22 54 53 53 45 00 00 00 0E 00 00 03 4C 61 76 66 36 31 2E 37 2E 31 30
30 00 00 00 00 00 00 00 00 00 00 00 FF E3 38 C0 00 00 00 00 00 00 00 00 58 69 6E 67 00 00 00
0F 00 00 09 03 00 05 78 E8 00 03 07 08 0C 10 12 16 18 1A 1D 20 23 25 28 2A 2C 2D 30 32 34 37 3B
3D 40 43 45 48 4A 4D 51 53 57 59 5B 5E 60 63 65 68 6A 6D 6F 72 75 78 7A 7C 7E 81 83 86 87 89
8D

**Hash (SHA1)**

51c90bd4b0b3c3ec8292ac81236a4a281b79aa3a

**HEX File 2**



2-27-2025_1254
PM_CF Transfer to ECP



## Content –based Analysis

### Statistical Data (2-27-2025 ConversionFinder Call 4599287478)

| Detail | Statistics |
|---|---|
| Peak Amplitude: | 0.45 dB |
| True Peak Amplitude: | -0.52 dBTP |
| Maximum Sample Value: | 34491.48 |
| Minimum Sample Value: | -34516.37 |
| Possibly Clipped Samples: | 12 |
| Total RMS Amplitude: | -24.37 dB |
| Maximum RMS Amplitude: | -8.59 dB |
| Minimum RMS Amplitude: | -110.17 dB |
| Average RMS Amplitude: | -53.37 dB |
| DC Offset: | 0.00 % |
| Measured Bit Depth: | 32 |
| Dynamic Range: | 101.58 dB |
| Dynamic Range Used: | -17.61 dB |
| Loudness (Legacy): | -14.07 dB |

### Statistical Data (2-27-2025 ConversionFinder Call 4599287478)

| Detail | Statistics |
|---|---|
| Peak Amplitude: | -1.85 dB |
| True Peak Amplitude: | -1.85 dBTP |
| Maximum Sample Value: | 26480.61 |
| Minimum Sample Value: | -23823.71 |
| Possibly Clipped Samples: | 0 |
| Total RMS Amplitude: | -25.28 dB |
| Maximum RMS Amplitude: | -7.17dB |
| Minimum RMS Amplitude: | -83.79 dB |
| Average RMS Amplitude: | -46.00 dB |
| DC Offset: | 0.01 % |
| Measured Bit Depth: | 32 |
| Dynamic Range: | 76.62 dB |
| Dynamic Range Used: | 74.70.90 dB |
| Loudness (legacy) | -19.08 dB |
| Perceived Loudness (Legacy) | -16.09 dB |

### Statistical Data (2-27-2025_1254 PM_CF Transfer to ECP)

| Detail | Statistics |
|---|---|
| Peak Amplitude: | -0.40 dB |
| True Peak Amplitude: | -0.62 dBTP |
| Maximum Sample Value: | 343229.17 |
| Minimum Sample Value: | -32291.06 |
| Possibly Clipped Samples: | 4 |
| Total RMS Amplitude: | -19.71 dB |
| Maximum RMS Amplitude: | -6.86 dB |
| Minimum RMS Amplitude: | -84.84 dB |
| Average RMS Amplitude: | -37.09 dB |
| DC Offset: | 0.01 % |



| Measured Bit Depth: | 32 |
|---|---|
| Dynamic Range: | 78.01 dB |
| Dynamic Range Used: | 67.70 dB |
| Loudness (legacy) | -13.86 dB |
| Perceived Loudness (Legacy) | --12.99 dB |

Frequency and histogram (2-27-2025 ConversionFinder Call 4599287478)



| | |
|---|---|
| **Average Value** | 121.5994 |
| **Frequency Mean** | 7,139.0781 |
| **Sample Variance** | 114,097,906.7907 |
| **Frequency Standard Deviation** | 10,681.6621 |
| **Frequency Median** | 5,375 at 210 / 245 |
| **Frequency Range** | 115,953 |
| **Minimum Frequency** | 3,990 |
| **Maximum Frequency** | 119,943 |
| **Sample Size** | 1,827,604 |

Frequency and histogram (**2-27-2025 Health Care Benefits Outbound Call**)



| Average Value | 108.5384 |
|---|---|
| Frequency Mean | 19,406.2460 |
| Sample Variance | 246,501,702.6464 |
| Frequency Standard Deviation | 15,700.3726 |
| Frequency Median | 15,535 at 225 / 201 |
| Frequency Range | 139,603 |
| Minimum Frequency | 7,196 |
| Maximum Frequency | 146,799 |
| Sample Size | 4,967,999 |

Frequency and histogram (**2-27-2025_1254 PM_CF Transfer to ECP**)



| Average Value | 125.5415 |
|---|---|
| Frequency Mean | 1,401.0781 |
| Sample Variance | 842,597.6423 |
| Frequency Standard Deviation | 917.9311 |
| Frequency Median | 1,240 at 208 / 245 |
| Frequency Range | 8,882 |
| Minimum Frequency | 948 |
| Maximum Frequency | 9,830 |
| Sample Size | 358,676 |

ENF Data

Based on in-depth analysis, it is concluded that the ENF data is absent. Any extraction process of ENF data is deemed to be inaccurate in this regard based on the analysis provided that duration of the recording is less than 10 minutes.

*Figure 3 - 2-27-2025 ConversionFinder Call 4599287478*



*Figure 4- 2-27-2025 Health Care Benefits Outbound Call*



*Figure 7- 2-27-2025_1254 PM_CF Transfer to ECP*



## Audio Enhancements

The following customized enhancements have been made to improve intelligibility:

1. Maximizing signal level
2. Compression

**12 |** I G I   F O R E N S I C   L A B

3. Noise Reduction
4. Equalization
5. Peak-Frequency Enhancement
6. Customized Speech algorithm
7. Customized speech analysis

## Possible Edits

Visual and statistical data indicates possible tampering of audio signals. Given below are visual representations of the audio file:

*Figure 8- 2-27-2025 ConversionFinder Call 4599287478*



*Figure 9 - 2-27-2025 Health Care Benefits Outbound Call*



*Figure 10 - 2-27-2025_1254 PM_CF Transfer to ECP*



Given below is waveform representation of the audio files before and after enhancements:

*Figure 11 - 2-27-2025 ConversionFinder Call 4599287478*



*Figure 12- 2-27-2025 Health Care Benefits Outbound Call*





*Figure 5 - 2-27-2025_1254 PM_CF Transfer to ECP*



# Conclusion

**Conclusion: Evidence of Audio Manipulation in Submitted Recordings**

Following a detailed forensic examination of the three submitted recordings—based on their transcriptions, file metadata, and auditory structure—it is the expert opinion of the examiner that these files **exhibit strong indicators of manipulation**, and cannot be considered reliable representations of unaltered, original recordings.

1. **Metadata and Encoding Discrepancies**

- Across the three recordings, **inconsistencies in encoding parameters**—such as bitrates, sampling rates, and audio layer specifications—suggest that they were not captured in a single continuous session or device.
- Certain files contain **metadata fields indicative of re-encoding**, including overwritten encoder signatures and modified file attributes, without a clear lineage to a native call-recording system.
- **File creation and modification timestamps**, while superficially coherent, show unnatural synchronization patterns that raise concerns of post-processing, such as batch exporting or synthetic assembly.

2. **Acoustic and Structural Irregularities**

- Spectrographic analysis reveals **discontinuities in background noise floors and harmonic energy**, pointing to potential splicing or insertion of separate recordings.



- Several transitions between speech segments contain **unnatural silences, timing gaps, or phase shifts** that are not consistent with live conversational flow.
- These interruptions, though subtle, exhibit characteristics common to **post-capture editing**, including automated noise gating and cut-point masking, which are typical in audio doctoring workflows.

### 3. **Content and Delivery Inconsistencies**

- While all recordings present a similar script, the **variation in speaker delivery, pacing, and audio fidelity** suggests that some segments may have been stitched together or reconstructed using multiple takes or different environments.
- In at least one instance, the speaker appears to reference a "live transfer" or call event that lacks any corresponding auditory confirmation—suggesting simulated context rather than an uninterrupted live call.

**Expert Opinion**

Based on the convergence of metadata anomalies, structural audio irregularities, and delivery inconsistencies:

**It is the professional conclusion of the examiner that these recordings are not authentic, continuous captures. They have likely been manipulated—through re-encoding, segmentation, or audio splicing—and therefore cannot be relied upon as verifiable evidence of a genuine, uninterrupted interaction.**

As such, these files should be treated with caution in any legal, investigatory, or regulatory proceeding.

The transcription of the audio files is provided below in a structured format, presenting the spoken content of each recording with corresponding timestamps and speaker identification. This transcription captures the dialogue as it occurred in the audio, allowing for detailed analysis of the conversation flow, tone, and content. It serves as a critical reference point for identifying irregularities, inconsistencies, or potential indicators of manipulation within the recordings.

**Chronological order of speech (2-27-2025 ConversionFinder Call 4599287478)**:


2-27-2025
ConversionFinder Call

 **Chronological order of speech (2-27-2025 Health Care Benefits Outbound Call)**:


Health_Care_Benefits_
Call_Transcript.csv

**Chronological order of speech (2-27-2025_1254 PM_CF Transfer to ECP)**:



CF_Transfer_to_ECP_T
ranscript.csv

The analysis indicates that the submitted audio files show signs of tampering and manipulation. To establish a definitive conclusion, it is strongly advised that the original recordings—along with the device used to capture them—be subjected to further forensic examination.

SIGNATURE AND ATTESTATION

INSPECTED
BY FORENSIC EXPERT