Exhibit Placeholder

Exhibit 2 - November 27, 2024 Call

File name: +15032888192-2411271048 (and converted MP3)

FILED UNDER SEAL

AUDIO FILE – FILED MANUALLY