Exhibit Placeholder

Exhibit 3 - February 28, 2025 Call

File name: +15037556487-2502280819 (and converted MP3)

FILED UNDER SEAL

AUDIO FILE – FILED MANUALLY

Case 2:25-cv-01843-MMB     Document 27-3     Filed 07/08/25     Page 1 of 1