# AT&T PREPAID Account History

## Total Usage - Voice, Text, Data Details for 503-▮▮▮▮▮▮▮ From 2/27/2025 to 2/27/2025

| Usage | Contact | Date | Time | Duration | Charges |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Incoming Call | 503-461-3416 | 2/27/2025 | 09:45:54 AM CST | 11min 39sec | $0.00 |
| Incoming Call | 503-404-6898 | 2/27/2025 | 11:43:42 AM CST | 13min 41sec | $0.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

| Usage Summary | | | |
|---|---|---|---|
| | Talk | 0hrs 29mins 34sec | $0.00 |
| | Data | 11.78 MB | $0.00 |
| | Sponsored Data | 0.00KB | $0.00 |
| | Mobile Hotspot Data | 0.00KB | $0.00 |
| | Text | 2 | $0.00 |
| | Total Charges | | $0.00 |

*Time is US/Central