Exhibit Placeholder

Exhibit 5 - First February 27, 2025 Call

File name: +15034613416-2502270745 (and converted MP3)

FILED UNDER SEAL

AUDIO FILE – FILED MANUALLY