Exhibit Placeholder

Exhibit 6 - Second February 27, 2025 Call

File name: +15034046898-2502270943 (and converted MP3)

FILED UNDER SEAL

AUDIO FILE – FILED MANUALLY