Exhibit Placeholder

Exhibit 7 - First March 6, 2025 Call

File name: +18773557225-2503060902 (and converted MP3)

FILED UNDER SEAL

AUDIO FILE – FILED MANUALLY