Exhibit Placeholder

Exhibit 8 - Second March 6, 2025 Call

File name: +15038560896-2503061217 (and converted MP3)

FILED UNDER SEAL

AUDIO FILE – FILED MANUALLY