Exhibit Placeholder

Exhibit 9 - March 7, 2025 Call

File name: +18773557225-2503070920 (and converted MP3)

FILED UNDER SEAL

AUDIO FILE – FILED MANUALLY

Case 2:25-cv-01843-MMB    Document 27-9    Filed 07/08/25    Page 1 of 1