**4354750**
06/16/2025



**WIRELINE**
**SUBSCRIBER INFORMATION**

BVoIP

**Account Information**

| Account Name: | UNITED TECHNOLOGIES CORPORATION |
|---:|---|
| Floor: | 1 |
| Room: | PHONE |
| Address: | 1920 E MAPLE AV |
| City: | EL SEG |
| State: | CA |
| Zip: | 90245 |
| Status: | ACTIVE |

**Site Information**

| Company Name: | RAYTHEON |
|---:|---|
| Site Address: | 27300 SW PARKWAY AVE |
| Site City: | WILSONVILLE |
| Site State: | OR |
| Site Zip: | 970709215 |
| Site Status: | ACTIVE |
| Site Start Date: | |

**MSISDN Information**

| MSISDN: | (503) 404-6898 |
|---:|---|
| First Service Date: | 11/17/2023 |

**AT&T PROPRIETARY**

The information contained here is for use by authorized person only and
is not for general distribution.

**LUMEN**

06/16/2025

Andrew Perrong
Perrong Law LLC

**Lumen Case**                     2025-00002508
Perrong Law LLC Case              2:25-cv-01843

Dear Andrew Perrong:

**NO RECORDS FOUND**

| Target | Requested Record |
|---|---|
| (503) 856-0896 | **No Subscriber Found**. |

For questions, please call 913.884.1088 or email: lawenforcementsupport@lumen.com .
For answers to general questions, please review our website: https://www.lumen.com/en-us/about/legal/trust-center/trust-and-safety.html
Respectfully,
Virginia Day
Law Enforcement Support
Lumen