IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC**<br><br>*Defendant.* | Case No.<br><br>2:25-cv-1843 |

**[PROPOSED ORDER DENYING]**
**Exact Care Pharmacy, LLC's Motion to Bifurcate Discovery**

AND NOW, this _____ day of _____, 202____, it is hereby ORDERED that Defendant's Motion to Bifurcate Discovery (ECF No. 19) is hereby DENIED.

*BY THE COURT:*

_____
Hon. Michael M. Baylson, J.