IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **EXACT CARE PHARMACY, LLC** <br><br> *Defendant.* | Case No. <br><br> 2:25-cv-1843 |

**[PROPOSED ORDER GRANTING]**
**Motion to File Under Seal**

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that Plaintiff's Motion to Seal (ECF No. 28) is hereby GRANTED.

*BY THE COURT:*

_____
Hon. Michael M. Baylson, J.