IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC**<br><br>*Defendant.* | Case No.<br><br>2:25-cv-1843 |

**ORDER GRANTING] Motion to File Under Seal**

AND NOW, this 9th day of July, 2025, it is hereby ORDERED that Plaintiff's Motion to Seal (ECF No. 28) is hereby GRANTED.

*BY THE COURT:*

/s/ Michael M. Baylson

Hon. Michael M. Baylson, J.