IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WEINGRAD, et al.,** <br> *Plaintiffs*, <br><br> v. <br><br> **EXACT CARE PHARMACY, LLC,** <br> *Defendant*. | **CIVIL ACTION** <br><br> **NO. 25-1843** |

### ORDER GRANTING DEFENDANT'S MOTION TO BIFURCATE

AND NOW on this 28 day of July 2025, upon consideration of Defendant's Motion to Bifurcate Discovery, ECF 19, and Plaintiff Weingrad's Opposition, ECF 27, it is ORDERED that Defendant's Motion is **GRANTED** in part and **DENIED** in part. Discovery will proceed in two phases: (1) a 60-day discovery period, limited to issues unique to Weingrad's individual Telephone Consumer Protection Act ("TCPA") claims, and (2) class-wide discovery. The June 5, 2025, Scheduling Order, ECF 9, is amended as follows:

1. Discovery deadline on Plaintiff's individual TCPA claims: **September 26, 2025**.

2. The parties must submit a Joint Status Report by **October 3, 2025**, that includes (a) any request to move for summary judgment on Weingrad's individual TCPA claims, and (b) a Proposed Scheduling Order for Class-Wide Discovery.

3. The additional deadlines set forth in the June 5, 2025, Scheduling Order (expert reports, pretrial memoranda, trial exhibits, and trial) are stayed and will be rescheduled, following receipt of the Joint Status Report.

4. The Settlement Conference scheduled before the Honorable Caroline Goldner Cinquanto, United States Magistrate Judge, shall continue as scheduled on **August 8,**

**2025**, and all related settlement conference deadlines set forth in the June 9, 2025, Settlement Conference Order, ECF 17, shall remain in place.

                                              **BY THE COURT:**

                                              /s/ Michael M. Baylson

                                              **MICHAEL M. BAYLSON**
                                              **United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-1843 Weingrad v Exact Care Pharmacy\25-1843 order granting bifurcation motion.docx