IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, | : | CIVIL ACTION |
| *individually and on behalf of others similarly situated,* | : : : | |
| v. | : : | |
| EXACT CARE PHARMACY, LLC | : | NO. 25-1843 |

## **O R D E R**

AND NOW, this 8th day of August, 2025, after holding a settlement conference via Zoom, IT IS HEREBY ORDERED that the settlement conference will reconvene on September 11, 2025, at 10:00 a.m., in Courtroom 3-D of the Byrne Federal Courthouse, 601 Market Street, Philadelphia, PA 19106. The senior attorney in charge of the matter for each side and the parties are required to attend the conference in person.

Counsel are directed to continue with discovery and shall not rely on the continuation of the settlement conference to postpone any discovery. Counsel shall notify the court immediately if anyone violates this directive.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE