IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>*Defendant.* | Case No. 2:25-cv-1843<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED ORDER GRANTING] MOTION TO AMEND COMPLAINT

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion to Amend Complaint is GRANTED. Plaintiff shall file the proposed Amended Complaint attached to the Motion as Exhibit 1 as the operative complaint.

*BY THE COURT:*

_____
J.