UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD,

Plaintiff

v.

EXACT CARE PHARMACY, LLC

Defendant

Case No. 2:25-CV-01843-MMB

Judge: Michael Baylson

## **ORDER**

    **AND NOW**, this ____ day of _____, 2025, upon consideration of Defendant

Exact Care Pharmacy, LLC's Motion to Compel Discovery from Plaintiff Leon Weingrad, it is

hereby **ORDERED** that Defendant's Motion to Compel is **GRANTED** as follows:

- Plaintiff is to provide complete and full responses to Defendant's First Set of Discovery, specifically Interrogatories 2, 9, 10, 11, and 12, Request for Admission 15, and Requests for Production 11, 13, 14, 15, 18, 21, and 26.

**IT IS SO ORDERED.**

**Dated**: _____

JUDGE MICHAEL M. BAYLSON