IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>*Defendant*. | Case No. 2:25-cv-1843<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF NON-OPPOSITION TO MOTION TO AMEND COMPLAINT**

Plaintiff Leon Weingrad respectfully notes that no objection or otherwise has been filed to the Plaintiff's Motion to Amend (ECF No. 37). Defendant Exact Care Pharmacy filed no response to the motion, despite such response being due September 2, 2025, pursuant to Local Rule 7.1(c). The Court should therefore grant the motion as unopposed.

RESPECTFULLY SUBMITTED AND DATED this 4th day of September, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on September 4, 2025, which will automatically send a copy to all attorneys of record on the case.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com