

Amazon Web Services

To: Perrong Law, LLC.

Responsive To: ██████████

AWS Reference: ██████████

**Business Records:**

1. Account Registration Information

    1.1. Name: Jason Wehling

    1.2. Customer Company Name: NetXposure

    1.3. Address: 310 SW Fourth Avenue, Suite 1120, Portland, OR, 97204, (US)

    1.4. Email Address: awsbackup@netx.net

    1.5. IP Address: 54.149.123.160

        1.5.1. Date/Time of Creation: 2024-11-07 16:54:44 +0000

    1.6. Amazon Account Number: ▮▮▮▮▮▮▮▮

    1.7. Phone #/Validation: ▮▮▮▮▮▮

**Definitions**

Response Types:

- Requested information as stated within this report

- N/A: Not requested within the legal process

- No Records Found


Services Used (Item 1.9):

- You can find definitions of our services at: http://aws.amazon.com/

    o   Select the Products tab

**Paul D. Migchelbrink**, OSB #933666
pmigchelbrink@fwwlaw.com
**Ryan H. Ripp**, OSB #204332
rripp@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, OR 97204
P: 503-228-6044
F: 503-228-1741

*Attorneys for Nonparty NetXposure, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, | Case No. 2:25-cv-01843 |
| Plaintiff, | **NETXPOSURE, LLC'S SUBPOENA RESPONSE** |
| v. | |
| EXACT CARE PHARMACY, LLC, | |
| Defendant. | |

Nonparty NetXposure, LLC ("***NetX***") response to Plaintiff Leon Weingrad's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated August 13, 2025 (the "***Subpoena***") as stated herein.

NetX has reviewed and investigated the Subpoena. NetX has no records in its possession, custody, or control that are responsive to each request in the Subpoena. NetX has never used the IP address identified in the Subpoena, nor has it assigned the same to anyone.

Dated: July 31, 2025          **FARLEIGH WADA WITT**
                              */s/ Ryan H. Ripp*
                              Paul D. Migchelbrink, OSB #933666
                              pmigchelbrink@fwwlaw.com
                              Ryan H. Ripp, OSB #204332
                              rripp@fwwlaw.com
                              *Attorneys for Nonparty NetXposure, LLC*

Page 1 -   NETXPOSURE, LLC'S SUBPOENA RESPONSE

## CERTIFICATE OF SERVICE

I certify that on August 18, 2025, I served the foregoing document(s) via

_____  hand delivery;

_____X_____  email; and/or

_____  U.S. Mail to the person(s) listed below:

**Perrong Law LLC**
Attn: Andrew Roman Perrong
a@perronglaw.com
*Attorney for Plaintiff Leon Weingrad*


Dated: July 31, 2025          **FARLEIGH WADA WITT**
                              */s/ Ryan H. Ripp*
                              Paul D. Migchelbrink, OSB #933666
                              pmigchelbrink@fwwlaw.com
                              Ryan H. Ripp, OSB #204332
                              rripp@fwwlaw.com
                              *Attorneys for Nonparty NetXposure, LLC*

Page 1 – CERTIFICATE OF SERVICE

P:\DOCS\NETXPO\81996\PLDG\49U5295.DOCX