## IN IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, | Case No. 2:25-cv-1843 |
| *Plaintiff*, | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **EXACT CARE PHARMACY, LLC,** | |
| *Defendant.* | |

## [PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO COMPEL

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Compel (ECF No. 38) is hereby DENIED.

*BY THE COURT:*

_____
Hon. Michael M. Baylson, J.