IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **LEON WEINGRAD, et al.,** *Plaintiffs*, v. **EXACT CARE PHARMACY, LLC,** *Defendant*. | **CIVIL ACTION** **NO. 25-1843** |
|---|---|

## ORDER REQUIRING DEFENDANT'S RESPONSE

AND NOW on this 15th day of September 2025, upon review of Plaintiff's Motion to Amend/Correct Complaint, ECF 37, it is **HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** as unopposed.  Defendant shall file Answer o response within ten (10) days.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-1843 Weingrad v Exact Care Pharmacy\25-1843 order req resp.docx

1