IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br>**CONVERSION FINDER, AND**<br>**JORDAN SOBLICK**<br><br><br>*Defendants.* | Case No.<br><br>2:25-cv-1843<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR EXTENSION TO COMPLETE DISCOVERY

Plaintiff, Leon Weingrad ("Plaintiff") hereby respectfully requests that this Honorable Court modify its Scheduling Order to extend the deadlines in this case, including discovery, by 120 days after the new Defendants file their answers. Plaintiff has met and conferred with counsel for Exact Care, which has consented to the relief in substance and essence (i.e. to extend the deadlines to 120 days after the Defendant's answer, but not in the instant form sought here), as Exact Care's consent to a joint motion could not be seasonably obtained.

Since the Court's entry of its Scheduling Order, the Plaintiff has continued to actively participate in discovery. The Plaintiff requires additional time, however, owing to the filing of the Amended Complaint, the need to propound discovery as against Mr. Soblick and Conversion Finder, as well as to continue the Court-ordered mediation with all parties. The Plaintiff also understands that Exact Care is also desirous of additional discovery for much the same reasons.

The Plaintiff respectfully submits that good cause exists for the modification of the Scheduling Order as the parties are still actively engaged in discovery and given the addition of new Defendants. The Parties have conferred and Plaintiff and Exact Care are supportive of the modifications requested in this Motion, as described above. No undue delay will be caused by the modification to the Court's Scheduling Order, and the parties do not seek this relief for an improper purpose.

WHEREFORE, the Parties respectfully request this Court to modify the Court's Scheduling Order as requested above.

Respectfully Submitted,

Date: September 17, 2025

> By: /s/ Andrew Roman Perrong
> Andrew Roman Perrong, Esq.
> Bar Number 333687
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: (215) 225-5529
> Facsimile: (888) 329-0305
>
> *Attorney for Plaintiff,*
> *Leon Weingrad*

3

**CERTIFICATE OF SERVICE**

      The undersigned counsel certifies that a true and correct copy of this document has been forward to all known counsel of record via E-Filing electronic service in accordance with the Federal Rules of Civil Procedure on this 17th day of September, 2025.

                                                    */s/ Andrew Roman Perrong*
                                                    Andrew Roman Perrong