IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>**CONVERSION FINDER, AND**<br><br>**JORDAN SOBLICK**<br><br>*Defendants.* | Case No.<br><br>2:25-cv-1843<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**

**MOTION FOR EXTENSION TO COMPLETE DISCOVERY**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Motion for Extension to Complete Discovery is GRANTED. The first-phase discovery and summary judgment deadlines are extended by 120 days from the date Defendants Conversion Finder and Soblick file their response to the Plaintiff's Amended Complaint.

*BY THE COURT*:

_____

J.

1