# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **LEON WEINGRAD individually and on behalf of all others similarly situated** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **EXACT CARE PHARMACY, LLC; CONVERSION FINDER and JORDAN SOBLICK** ) <br> ) <br> *Defendant* | Civil Action No. 2:25-cv-01843-MMB |

## AFFIDAVIT OF SERVICE

I, Reginald Mitchell, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to GJT, INC d/b/a CONVERION FINDER in Clark County, NV on September 22, 2025 at 12:00 pm at 732 S 6TH ST, STE N, Las Vegas, NV 89101 by leaving the following documents with Kyle Martinez who as Intake Specialist at NORTHWEST REGISTERED AGENT, LLC is authorized by appointment or by law to receive service of process for GJT, INC d/b/a CONVERION FINDER.

Summons in a Civil Action - Conversion Finder; Class Action and Jury Trial Demanded

Hispanic or Latino Male, est. age 25-34, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=36.1607692291,-115.1450534749
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Reginald Mitchell* |
|   Clark County  , | Signature |
|   NV   on   9/24/2025  . | Reginald Mitchell |
| | +1 (702) 502-2596 |



Exhibit 1a)