UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, | ) CASE NO. 2:25-CV-1843-MMB |
| Plaintiff, | ) JUDGE MICHAEL M. BAYLSON |
| v. | ) MAGISTRATE JUDGE CAROLINE GOLDNER CINQUANTO |
| EXACT CARE PHARMACY, LLC, *et al.*, | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

In accordance with Magistrate Judge Goldner Cinquanto's direction, Plaintiff Leon Weingrad ("Plaintiff") and Defendant Exact Care Pharmacy, LLC ("Exact Care") (collectively referred to herein as the "Parties") submit the following status report to allow the Court to reschedule the settlement conference in this matter. Since postponing the settlement conference last month, the Plaintiff has filed an Amended Complaint naming Jordan Soblick and Conversion Finder as Defendants. Plaintiff represents that both Defendants were served; Conversion Finder's response to the Amended Complaint is due October 14, and Mr. Soblick's response to the Amended Complaint is due on October 21, 2025.

The Court has also granted in part and denied in part Exact Care's motion to compel. Responses to the discovery sought to be compelled are due on October 30, 2025. The Court also granted in part and denied in part the Plaintiff's motion to extend case deadlines, and Plaintiff's Motion for Class Certification is due November 19, 2025.

The Parties are available for a settlement conference on the following dates:

- November 3, 2025, or
- November 4, 2025.[1]

---

[1] The Parties note that new Defendants Conversion Finder and Mr. Soblick have not made an appearance in the case yet. Therefore, these proposed dates do not include their input.

Respectfully submitted,

<table>
<tr><td>

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Bar Number 333687
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: (215) 225-5529
Facsimile: (888) 329-0305

*Counsel for Plaintiff Leon Weingrad*

</td><td>

/s/   *Colleen M. O'Neil*
Sean P. Fahey (PA 73305)
Christopher M. Brolley (PA 322851)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
Sean.Fahey@troutman.com
christopher.brolley@troutman.com

Colleen M. O'Neil (OH 0066576)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
coneil@calfee.com
Admitted pro hac vice

Gretchen L. Whaling (OH 0096780)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 621-1500 (Phone)
 (614) 621-0010 (Fax)
gwhaling@calfee.com
Admitted pro hac vice

*Counsel for Defendant, Exact Care Pharmacy, LLC*

</td></tr>
</table>

4908-3202-5455, v.1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically on October 3, 2025, with the United States District Court for the Eastern District of Pennsylvania. Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all parties may access this filing through that system.

/s/     *Andrew Roman Perrong*