AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   25-1843

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jordan Soblick

was received by me on *(date)*  9/15/2025  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served per FRCP 4(e)(1) and PA RCP 404(2) and PA RCP 403. Certified Mail Return Receipt Attached. Served on September 29, 2025.

My fees are $ 0 for travel and $ 8.86 for services, for a total of $ 8.86 .

I declare under penalty of perjury that this information is true.

Date: 10/7/2025

*Server's signature*

Andrew Roman Perrong, Esq.
*Printed name and title*

2657 Mount Carmel Avenue
Glenside, PA 19038
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE**

October 7, 2025

Dear Andrew Perrong:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5477 9099 28**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 29, 2025, 3:08 pm |
| **Location:** | BOCA RATON, FL 33487 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Jordan Soblick |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 17207 SHADDOCK LN |
| **City, State ZIP Code:** | BOCA RATON, FL 33487-1143 |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: 17207 SHADDOCK LN, BOCA RATON, FL 33487

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004