IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

WEINGRAD : Case Number: 2:25-cv-1843
    Plaintiff, :
    v. :
CONVERSION FINDER, *et al*. :
    Defendants. :

## ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add __Lisa Messner__, Esquire as counsel for _____Defendants_____. __Conversion Finder and Jordan Soblick__ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:25-cv-1843

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, ___Lisa Messner___ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __Conversion Finder  and__. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.   Jordan Soblick

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| Ohio | 2001 | 0074034 |
| Illinois | 2018 | 6327916 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| USDC DC | 2018 |  |
| USDC OH Southern District | 2002 | 0074034 |
| USDC OH Northern District | 2005 | 0074034 |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for __Defendant Conversion Finder and Jordan Soblick__

Name of Attorney:  Lisa Messner

Firm Address:  6525 West Campus Oval, Suite 210, New Albany, Ohio 43054

Telephone Number:  614-939-9955

Email Address:  lmessner@mslawgroup.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-10-2025
(Date)

*(Movant's signature)*

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Lisa Messner_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| __Helen Mac Murray__ | *(signature)* | __09-22-2014__ | __318247__ |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

__6525 West Campus Oval, Suite 210, New Albany, Ohio 43054__

__hmacmurray@mslawgroup.com__

__614-939-9955__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-10-2025__                                         __*(signature)*__
          (Date)                                                             (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEINGRAD | : | Case Number: __2:25-cv-1843__ |
| Plaintiff, | : | |
| v. | : | |
| CONVERSION FINDER, *et al.* | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Lisa Messner__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

A true and correct copy of the foregoing has been filed electronically with the United States District Court for the Eastern District of Pennsylvania on October 10, 2025 and sent to all counsel by operation of the Court's electronic filing system, and all counsel may access this filing through that system.

_____
(Signature of Attorney)

__Helen Mac Murray__
(Name of Attorney)

__Lisa Messner__
(Name of Moving Party)

__10-10 2025__
(Date)