IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

WEINGRAD

      Plaintiff,

    v.

CONVERSION FINDER, *et al*.

      Defendants.

Case Number: __2:25-cv-1843__

:
:
:
:
:
:
:

## ORDER

AND NOW, this _____10th__ day of __October_____ 20__ , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add __Lisa Messner_____, Esquire as counsel for

_____Defendants_____ . __Conversion Finder__ is DIRECTED to request ECF filing
                        and Jordan Soblick

access using their PACER Account[1].

[ ] DENIED.

/s/ Michael M. Baylson
_____
                                  , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).