IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad, Individually and on behalf of others similarly situated, | : : : | Case No. 2:25-cv-1843 |
| Plaintiff, | : | Judge Michael Baylson |
| | : | Magistrate Judge Caroline Goldner |
| vs. | : | |
| Exact Care Pharmacy, LLC, *et al.*, | : | |
| Defendants. | : | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT CONVERSION FINDER**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Conversion Finder, which is a fictious name registered for use by GJT, Inc., a Nevada corporation, makes the following disclosures.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: **No parent corporation or publicly held corporation owns 10% or more of GJT, Inc.**

1

Respectfully submitted,

*/s/ Lisa A. Messner*
Lisa A. Messner (Admitted Pro Hac Vice)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
hmacmurray@mslawgroup.com

*Attorney for Defendants, Conversion Finder and Jordan Soblick*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing has been filed electronically with the United States District Court for the Eastern District of Pennsylvania on October 14, 2025. Notice of this filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all counsel may access this filing through that system.

*/s/ Lisa A. Messner*
Lisa A. Messner (Admitted Pro Hac Vice)

*Attorney for Defendants, Conversion Finder and Jordan Soblick*