IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad, Individually and on behalf of others similarly situated, | : : : | Case No. 2:25-cv-1843 |
| Plaintiff, | : | Judge Michael Baylson |
| | : | Magistrate Judge Caroline Goldner |
| vs. | : | |
| Exact Care Pharmacy, LLC, *et al*., | : | |
| Defendants. | : | |

**MOTION OF DEFENDANTS CONVERSION FINDER AND JORDAN SOBLICK
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
AND STRIKE CLASS ALLEGATIONS**

Defendants Conversion Finder (properly identified as GJT, Inc.) and Jordan Soblick ("Defendants") respectfully move for an Order granting the following relief requested: (i) an Order dismissing the First Amended Complaint (ECF No. 43) for failure to state a claim upon which relief maybe granted pursuant to Fed. R. Civ. P. 12(b)(6); (ii) an Order dismissing the First Amended Complaint as to all injunctive relief claims pursuant to Fed. R. Civ. P. 12(b)(1); and (iii) an Order striking the Plaintiff's Rule 23(b)(2) injunctive relief class pursuant to Fed. R. Civ. P. 12(f) and 23(c)(1).

The basis for Defendants' requested relief of an Order dismissing the First Amended Complaint for failure to state a claim upon which relief maybe granted pursuant to Fed. R. Civ. P. 12(b)(6) is premised on the fact that Plaintiff fails to plead any facts connecting either Conversion Finder or Jordan Soblick to the telephone calls he alleges to have received. In addition, Plaintiff's allegations regarding Jordan Soblick's personal liability do not plead facts, but instead are

1

conclusory statements that merely recite the elements of such a claim. This fails to meet the pleading requirements of Fed. R. Civ. P. 12(b)(6).

The basis for Defendants' requested relief of an Order dismissing the First Amended Complaint as to all injunctive relief claims pursuant to Fed. R. Civ. P. 12(b)(1) is based on the fact that Plaintiff fails to plead that the alleged wrongful conduct is ongoing or that he has received any telephone calls from any Defendant since July 3, 2025, almost three months ago. In the absence of alleged ongoing harm, Plaintiff lacks Article III standing to seek injunctive relief.

The basis for Defendants' requested relief of an Order striking the Plaintiff's Rule 23(b)(2) injunctive relief class pursuant to Fed. R. Civ. P. 12(f) and 23(c)(1) is supported by the fact that Plaintiff seeks monetary statutory damages on behalf of himself and others similarly situated that are not merely incidental to injunctive relief, as required to maintain a class pursuant to Fed. R. Civ. P. 23(b)(2).

A Brief in Support of this Motion follows.

Respectfully submitted,

*/s/ Lisa A. Messner*
Lisa A. Messner (Admitted Pro Hac Vice)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
hmacmurray@mslawgroup.com

*Attorney for Defendants, Conversion Finder and Jordan Soblick*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing has been filed electronically with the United States District Court for the Eastern District of Pennsylvania on October 14, 2025. Notice of this filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all counsel may access this filing through that system.

*/s/ Lisa A. Messner*
Lisa A. Messner (Admitted Pro Hac Vice)

*Attorney for Defendants, Conversion Finder and Jordan Soblick*