IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad, Individually and on behalf of others similarly situated, | : | Case No. 2:25-cv-1843 |
| Plaintiff, | : | Judge Michael Baylson |
| | : | Magistrate Judge Caroline Goldner |
| vs. | : | |
| Exact Care Pharmacy, LLC, *et al.*, | : | |
| Defendants. | : | |

## ORDER GRANTING THE MOTION OF DEFENDANTS CONVERSION FINDER AND JORDAN SOBLICK TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND STRIKE CLASS ALLEGATIONS

Upon consideration of the Motion of Defendants Conversion Finder and Jordan Soblick to Dismiss Plaintiff's First Amended Complaint and Strike Class Allegations, and for good cause shown, Defendants' Motion is **GRANTED.**

The Court finds that Plaintiff's First Amended Complaint fails to state a claim against Conversion Finder and Jordan Soblick upon which relief can be granted, and that further leave to amend the First Amended Complaint would be futile. The Court further finds that Plaintiff lacks standing to pursue claims for injunctive relief because no allegation of ongoing harm is made. Therefore, the Court Orders as follows:

(i) the First Amended Complaint shall be **DISMISSED** with prejudice for failure to state a claim upon which relief maybe granted pursuant to Fed. R. Civ. P. 12(b)(6)

(ii) the First Amended Complaint shall be dismissed as to all injunctive relief claims pursuant to Fed. R. Civ. P. 12(b)(1); and

1

2

  (iii) the Plaintiff's Rule 23(b)(2) injunctive relief class within the First Amended Complaint is stricken pursuant to Fed. R. Civ. P. 12(f) and 23(c)(1).

**IT IS SO ORDERED.**


Effective date: _____

_____

Judge Michael Baylson