**FILED**
MAY 30 2023
JANIS GALASSINI
WASHOE COUNTY CLERK
BY_____ DEPUTY

**CORPORATION, LLC, BUSINESS TRUST & LEGAL ENTITIES**
CERTIFICATE OF BUSINESS: FICTITIOUS FIRM NAME
***THIS CERTIFICATE EXPIRES: 05/30/2028***
(OFFICE USE ONLY)

○ Renewal  ● New Filing   Contact Number: 254-221-9943    Email: felishat@gohealth360.com

THE UNDERSIGNED does hereby certify that ___GJT Inc___

conducting a _marketing and consumer centric company offering products and services to Consumers looking for health, wellness and savings opportunities_ business at

__401 Ryland Street Suite 200-A,__ , __Reno,__ , __NV__ __89502__
(Physical street address)       (City)       (State)   (Zip code)

under the fictitious firm name of: __Conversion Finder__

and that said firm is composed of the following *legal entity\* (or entities)* whose mailing address, signing officer's name, and title are as follows:

*Legal Entity Name:* __GJT Inc__
(Legal entity must state name *exactly* as it is on file in State of Nevada)

*Entity Physical Address:* __401 Ryland Street Suite 200-A,__ , __Reno,__ , __NV__ , __89502__
(Physical street address)     (City)    (State)  (Zip code)

*Signing Officer Name:* __Felisha Toledo__

*Signing Officer Title:* __President__

**FOR ADDITIONAL OWNERS, PLEASE USE ADDITIONAL PAGES**

*Alternate Mailing Address:* _____, _____, _____, _____
(P.O. Box or Physical street address other than listed above) (City) (State) (Zip code)

*Prior Related DBA Filing (if applicable):* _____

WITNESS my hand this __4__ day of __May__, 20__23__.

*The undersigned hereby swears under penalty of perjury that he/she has authority to sign on behalf of and to bind the above-named legal entity to a contract.*

x __Felisha Toledo__
Signature of authorized officer

STATE OF __Florida__
COUNTY OF __Palm Beach__ } ss.

On this __4__ day of __May__, 20__23__ personally appeared before me, a Notary Public, __Felisha Toledo__
(Name of individual whose signature is being notarized)

who acknowledged that he/she executed the above instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official stamp at my office in the County of __Palm Beach__ the day and year in this certificate first above written.

__[signature]__
Signature of Notary Public

[Notary Seal: KEVIN MOREIRA, NOTARY PUBLIC, STATE OF FLORIDA, My Comm. Expires August 25, 2023, No. GG 907284]

**For office use only**

IF SUBMITTING A NOTARIZED DOCUMENT, PLEASE PROVIDE AN ORIGINAL AND 3 COPIES, A SELF-ADDRESSED STAMPED ENVELOPE AND $25.00 FILING FEE TO:   **WASHOE COUNTY CLERK**
1001 E. Ninth St., Bldg. A
RENO, NV 89512

177225