## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **EXACT CARE PHARMACY, LLC, CONVERSION FINDER, AND JORDAN SOBLICK** *Defendants.* | Case No. 2:25-cv-1843 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, Leon Weingrad, with the consent of Defendants Conversion Finder and Jordan Soblick, respectfully requests that he receive an extension of time to November 11, 2025 in order to oppose Defendants' Motion to Dismiss (ECF No. 55, 56, 57). This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations.

RESPECTFULLY SUBMITTED AND DATED this October 21, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this October 21, 2025.

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.