IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>**CONVERSION FINDER, AND**<br><br>**JORDAN SOBLICK**<br><br>*Defendants.* | Case No.<br>2:25-cv-1843 |

## [PROPOSED ORDER] GRANTING
## UNOPPOSED MOTION FOR EXTENSION OF TIME

AND NOW, this _____ day of _____, 2025, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to oppose the Defendants' Motion to Dismiss, it is ORDERED that the motion is GRANTED. Plaintiff shall have until November 11, 2025 in order to oppose Defendant's Motion (ECF No. 55, 56, 57).

_____

J.