IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>**CONVERSION FINDER, AND**<br><br>**JORDAN SOBLICK**<br><br>*Defendants*. | Case No.<br>2:25-cv-1843 |

### [PROPOSED ORDER] GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION

AND NOW, this _____ day of _____, 2025, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to file a Motion for Class Certification, it is hereby ORDERED that the deadline to do so is extended to January 19, 2026, with a response due February 12, 2026, and a reply due by February 19, 2026.

_____

J.