IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>**CONVERSION FINDER, AND**<br><br>**JORDAN SOBLICK**<br><br>*Defendants*. | Case No.<br>2:25-cv-1843 |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION

AND NOW, this 4th day of November, 2025, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to file a Motion for Class Certification, it is hereby ORDERED that the deadline to do so is extended to January 19, 2026, with a response due February 12, 2026, and a reply due by February 19, 2026.

Although the Court does not agree with Plaintiff that discovery is always necessary before ruling on a motion for class certification, the Court will grant the Motion as unopposed but does not welcome further request for extensions.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\Paed-phl-fs03\phl-data\Judge_Baylson\CIVIL 25\25-1843 Weingrad v Exact Care Pharmacy\25cv1843 order gr mot for ext to file class cert.docx