IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad, Individually and on behalf of others similarly situated, | : | |
| | : | Case No. 2:25-cv-1843 |
| Plaintiff, | : | Judge Michael Baylson |
| | : | Magistrate Judge Caroline Goldner |
| vs. | : | |
| Exact Care Pharmacy, LLC, *et al.*, | : | |
| Defendants. | : | |

**NOTICE OF SERVICE OF SUBPOENA**

    Now comes Defendant, Conversion Finder, by and through its undersigned counsel, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, and hereby provides notice of service of a Subpoena on Joseph Arnold in regard to the above referenced matter, a copy of which is attached hereto.

Respectfully submitted,

*/s/ Lisa A. Messner*
Lisa A. Messner (Admitted Pro Hac Vice)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
lmessner@mslawgroup.com

*Attorney for Defendants, Conversion Finder and Jordan Soblick*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing has been filed electronically with the United States District Court for the Eastern District of Pennsylvania on November 7, 2025. Notice of this filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all counsel may access this filing through that system.

                                   */s/ Lisa A. Messner*
                                   Lisa A. Messner (Admitted Pro Hac Vice)

                                   *Attorney for Defendants, Conversion Finder and Jordan Soblick*