IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>**CONVERSION FINDER, AND**<br><br>**JORDAN SOBLICK**<br><br>*Defendants.* | Case No.<br>2:25-cv-1843 |

**[PROPOSED ORDER DENYING]**
**DEFENDANT CONVERSION FINDER AND**
**JORDAN SOBLICK'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendants' Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____
Hon. Michael M. Baylson, J.

1