IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, | : | CIVIL ACTION |
| *individually and on behalf of others similarly situated,* | | |
| Plaintiff, | : | NO. 25-1843 |
| v. | : | |
| EXACT CARE PHARMACY, LLC, | : | |
| Defendant. | : | |

## **AMENDED ORDER**

AND NOW, this 19th day of November 2025, IT IS HEREBY ORDERED that a TELEPHONIC status conference is scheduled before the undersigned on Tuesday, November 25, 2025 at *3:00 p.m.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call. Counsel for Plaintiff is directed to initiate the call. Chambers can be contacted at 267-299-7750.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE

*Rescheduled from 11:00 a.m.