**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, | ) | CASE NO. 2:25-CV-1843-MMB |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL M. BAYLSON |
| | ) | |
| v. | ) | |
| | ) | |
| EXACT CARE PHARMACY, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT EXACT CARE PHARMACY, LLC'S STATUS REPORT

Defendant Exact Care Pharmacy, LLC ("Exact Care") submits this status report pursuant to the Court's request for joint or separate status reports. *See* ECF 32 at ¶ 2 & ECF 49 at ¶ 9. Specifically, the Court ordered the parties to submit a joint status report "that includes (a) any request to move for summary judgment on Weingrad's individual TCPA claims, and (b) a Proposed Scheduling Order for Class-Wide Discovery." *See* ECF 32 at ¶ 2. The Court then extended the deadline to file this report to December 1, 2025 and indicated joint or separate status reports could be filed. *See* ECF 49 at ¶ 9. Exact Care hereby submits this status report pursuant to those Orders.

As to the first item, Exact Care requests the opportunity to move for summary judgment on Plaintiff Weingrad's individual TCPA claims. Exact Care respectfully requests that the deadline to file motions for summary judgment on Weingrad's individual TCPA claims be March 2, 2026. With Defendants Conversion Finder and Jordan Soblick recently added to this case, the parties continue to be actively engaged in discovery regarding Plaintiff's individual claims with written discovery and document productions underway and depositions being scheduled in December and

4928-7519-9356, v.3

January.[1] Additionally, a settlement conference with Magistrate Judge Cinquanto has been scheduled for January 15, 2026. Therefore, Exact Care respectfully requests that the deadline to file motions for summary judgment on Plaintiff's individual claims be March 2, 2026, because that will allow sufficient time for the parties to complete discovery on Plaintiff's individual claims and explore a potential resolution through a settlement conference.

As to the second item, class wide discovery, it is Exact Care's position that class wide discovery should continue to be postponed until after the resolution of the Plaintiff's forthcoming motion for class certification and after resolution of the parties' motions for summary judgment on Plaintiff's individual TCPA claims. The Court indicated that class wide discovery is postponed pending the Plaintiff's motion for class certification (*see* ECF 49 at ¶ 11) and Exact Care respectfully requests that class wide discovery continue to be postponed.

---

[1] Defendants Conversion Finder and Jordan Soblick also filed a Motion to Dismiss, which remains pending.

4928-7519-9356, v.3

Respectfully submitted,

*/s/ Colleen M. O'Neil*

Sean P. Fahey (PA 73305)
Christopher M. Brolley (PA 322851)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
Sean.Fahey@troutman.com
christopher.brolley@troutman.com

Colleen M. O'Neil (OH 0066576)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
coneil@calfee.com
*Admitted pro hac vice*

Gretchen L. Whaling (OH 0096780)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 621-1500 (Phone)
 (614) 621-0010 (Fax)
gwhaling@calfee.com
*Admitted pro hac vice*

*Attorneys for Defendant, Exact Care Pharmacy, LLC*

4928-7519-9356, v.3

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically on December 1, 2025, with the United States District Court for the Eastern District of Pennsylvania. Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all parties may access this filing through that system.

*/s/ Colleen M. O'Neil*
Colleen M. O'Neil

*Counsel for Defendant*
*Exact Care Pharmacy, LLC*

4928-7519-9356, v.3