IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leon Weingrad, Individually and on behalf of others similarly situated, | : : : | Case No. 2:25-cv-1843 |
| Plaintiff, | : : | Judge Michael Baylson |
| | : | Magistrate Judge Caroline Goldner |
| vs. | : | |
| Exact Care Pharmacy, LLC, *et al.*, | : | |
| Defendants. | : | |

### STATUS REPORT OF DEFENDANTS
### CONVERSION FINDER AND JORDAN SOBLICK

Pursuant to the Court's Order dated October 1, 2025, Defendants Conversion Finder and Jordan Soblick respectfully submit their Status Report.

Defendants Conversion Finder and Jordan Soblick were added as Defendants to this case on September 15, 2025 by Plaintiff's First Amended Complaint (ECF No. 43). Defendants moved to Dismiss Plaintiff's First Amended Complaint, and that Motion has been fully briefed and remains pending before the Court at this time.

The Parties are actively cooperating in bifurcated discovery, including the exchange of written discovery and the scheduling of depositions. Additionally, the Court has scheduled a settlement conference for January 15, 2026.

Given the current posture of this case, Defendants Conversion Finder and Jordan Soblick respectfully request that the Court continue to bifurcate discovery and permit Defendants until March 16, 2026 to move for summary judgment as to Plaintiff's claims.

Respectfully submitted,

*/s/ Helen Mac Murray*
Helen Mac Murray (318247)
Lisa A. Messner (Admitted Pro Hac Vice)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
hmacmurray@mslawgroup.com
lmessner@mslawgroup.com

*Attorneys for Defendants, Conversion Finder and Jordan Soblick*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been filed electronically with the United States District Court for the Eastern District of Pennsylvania on December 1, 2025. Notice of this filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all counsel may access this filing through that system.

*/s/ Helen Mac Murray*
Helen Mac Murray (318247)

*Attorneys for Defendants, Conversion Finder and Jordan Soblick*