IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>**CONVERSION FINDER, AND**<br><br>**JORDAN SOBLICK**<br><br>*Defendants.* | Case No.<br>2:25-cv-1843 |

## STATUS REPORT

The Plaintiff, Leon Weingrad, pursuant to the Court's orders, submits this status report.

The Plaintiff does not intend to file a motion for summary judgment as to his individual claims. The Plaintiff is amenable to Defendant Exact Care's proposed deadline of March 2, 2026, to file its motion for summary judgment, and respectfully requests until April 6, within which to file an opposition.

The Plaintiff proposes that class discovery continue for at least 90 days after the motion for summary judgment is decided, and notes the necessity of class discovery in this matter to prove the class claims. *See Comcast Corp. v. Behrend*, 569 U.S. 27, 33 (2013) (noting the "overlap" that class discovery has with the "merits of the plaintiff's underlying claim," especially when viewed in light of the need to take a "close look" at the question of predominance). As such, if the current deadline for class certification, currently set for January 19, is not vacated, the Court should permit discovery into the class claims through the summary judgment period to expedite resolution of this matter and keep this matter moving.

The Parties currently have an in-person settlement conference scheduled before Magistrate Judge Cinquanto on January 15, 2026.

RESPECTFULLY SUBMITTED AND DATED this December 1, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this December 1, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.