IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LEON WEINGRAD, individually and on behalf of all others similarly situated, *Plaintiffs* <br><br> v. <br><br> EXACT CARE PHARMACY, LLC, CONVERSION FINDER, JORDAN SOBLICK, *Defendants*. | CIVIL ACTION <br><br> NO. 25-1843 |
|---|---|

## ORDER RE: DEFENDANTS' MOTION TO DISMISS

**AND NOW**, on this 12th day of December 2025, upon consideration of Defendant Conversion Finder and Defendant Jordan Soblick's Motion to Dismiss Plaintiff's Complaint (ECF 55), and Plaintiff's Response (ECF 66), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

_____
MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\phl-data\judge_baylson\civil 25\25-1843 weingrad v exact care pharmacy\25-1843 order re def.'s motion to dismiss.docx

1