IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>**CONVERSION FINDER, AND**<br><br>**JORDAN SOBLICK**<br><br>*Defendants*. | Case No.<br>2:25-cv-1843 |

### [PROPOSED ORDER] GRANTING
### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE MOTION FOR CLASS CERTIFICATION

AND NOW, this _____ day of _____, 2026, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to file a Motion for Class Certification, it is hereby ORDERED that the deadline to do so is extended to February 18, 2026, with Defendants' response due March 12, 2026, and Plaintiff's reply due March 19, 2026.

_____

J.