IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Leon Weingrad,

    *Plaintiff*

    v.

Exact Care Pharmacy, LLC, *et al.*

    *Defendants.*

Case Number: 2:25-cv-01843

## ORDER

AND NOW, this 9th day of January 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add Samantha I. Lamka, Esquire as counsel for Defendant, Exact Care Pharmacy, LLC. Samantha I. Lamka is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

/s/ Michael M. Baylson
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).