UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>Plaintiff<br><br>v.<br><br>EXACT CARE PHARMACY, LLC<br><br>Defendant | Case No. 2:25-CV-01843-MMB<br><br>Judge: Michael Baylson |

## ORDER

      **AND NOW**, this \_\_\_\_ day of _____, 2026, upon consideration of Defendant Exact Care Pharmacy, LLC's Motion for a Protective Order, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS SO ORDERED.**

**Dated**: _____

_____
JUDGE MICHAEL M. BAYLSON