IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC,**<br><br>**CONVERSION FINDER, AND**<br><br>**JORDAN SOBLICK**<br><br>*Defendants*. | Case No.<br>2:25-cv-1843 |

**[PROPOSED ORDER] DENYING
DEFENDANT EXACT CARE PHARMACY, LLC'S
MOTION TO QUASH OR MODIFY SUBPOENA AND FOR A
PROTECTIVE ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of the Defendant Exact Care Pharmacy, LLC's Motion to Quash or Modify Subpoena and for a Protective Order, it is hereby ORDERED that the motion is DENIED. Costs are taxed against Exact Care Pharmacy, LLC. Within 14 days, Plaintiff's counsel shall file a bill of costs.

_____

J.