IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, *Plaintiffs*<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC, CONVERSION FINDER, JORDAN SOBLICK,** *Defendants.* | **CIVIL ACTION**<br><br>**NO. 25-1843** |

## ORDER

AND NOW on this 12th day of January 2026, upon review of Defendant's Motion to Quash or Modify Subpoena and for a Protective Order (ECF 83) and Plaintiff's Response (ECF 84), it is hereby **ORDERED** that a protective order is granted so that Todd Donnelly may not appear at a deposition tomorrow, January 13, 2026.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\phl-data\judge_baylson\civil 25\25-1843 weingrad v exact care pharmacy\25-1843 order re subpoena.docx