IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, *Plaintiffs* <br><br> v. <br><br> **EXACT CARE PHARMACY, LLC, CONVERSION FINDER, JORDAN SOBLICK,** *Defendants*. | **CIVIL ACTION** <br><br> **NO. 25-1843** |

## ORDER

AND NOW on this 12th day of January 2026, upon consideration of Plaintiff's Unopposed Motion for Extension of Time to file a Motion for Class Certification (ECF 80), it is hereby **ORDERED** that the deadline is extended to February 18, 2026, with Defendants' response due March 12, 2026, and Plaintiff's reply due March 19, 2026.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\phl-data\judge_baylson\civil 25\25-1843 weingrad v exact care pharmacy\25-1843 order re mot. for extension of time to file class cert.docx