IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, *Plaintiffs*<br><br>v.<br><br>**EXACT CARE PHARMACY, LLC, CONVERSION FINDER, JORDAN SOBLICK,** *Defendants*. | **CIVIL ACTION**<br><br>**NO. 25-1843** |

## ORDER

AND NOW on this 13th day of January 2026, it is hereby **ORDERED** that if either party believes that issues remain regarding Defendant's Motion to Quash or Modify Subpoena and for a Protective Order (ECF 83) and Plaintiff's Response (ECF 84), they shall file supplemental briefs limited to three (3) double-spaced pages by January 20, 2026. If so, responses are due on January 27, 2026.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 25\25-1843 weingrad v exact care pharmacy\25-1843 order re supp briefing.docx