## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, *Plaintiffs* <br><br> v. <br><br> **EXACT CARE PHARMACY, LLC, CONVERSION FINDER, JORDAN SOBLICK,** *Defendants*. | **CIVIL ACTION** <br><br> **NO. 25-1843** <br><br> **Before the Hon. Michael M. Baylson** |

## ORDER

      **AND NOW, TO WIT:** This 15th day of January, 2026, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

                         **GEORGE WYLESOL**, Clerk of Court

**BY:**        /s/ Lori K. DiSanti
                            Lori K. DiSanti
                            Deputy Clerk

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-1843 Weingrad v Exact Care Pharmacy\25cv1843 41b order.docx